```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

CLIFFORD H. STUBBE, *et al.*,    *
                                                         *
    **Plaintiffs,**                       *
                                                         *
**vs.**                                                    * CIVIL ACTION NO. 22-00339-KD-B
                                                         *
**PHH MORTGAGE CORPORATION,**    *
                                                         *
    **Defendant.**                       *

## ORDER

This action is before the Court on Defendant PHH Mortgage Corporation's Motion to Dismiss (Doc. 3). Plaintiffs are **ORDERED** to file a response to the motion on or before **September 29, 2022**. Any reply by Defendant shall be filed by **October 6, 2022**.

    **DONE** this **8th** day of **September, 2022**.

                                                                  **/s/ SONJA F. BIVINS**
                                                             **UNITED STATES MAGISTRATE JUDGE**