v22-09-30f

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| Clifford H. Stubbe, a man, | * | |
| Paul John Hansen, a man, | * | |
| Plaintiffs, | * | |
| vs. | * | CIVIL ACTION NO.22-00339-KD-B |
| PHH MORTGAGE CORPORATION, | * | |
| Defendant. | * | |

Regarding: Plaintiff's Motion to 'Stay Foreclosure Action' request for court to set a hearing day, and time.

Comes now, Plaintiff, and request hearing date, and time, for opportunity for hearing of 'Stay Foreclosure Action', presently filed. Plaintiff is available for call in participation if needed. NOTICE - Foreclosure sale is presently set for Oct 12, 2022.

_____
**Clifford H Stubbe**

_____
**Paul John Hansen**

Case 1:22-cv-00339-KD-B Document 10 Filed 10/11/22 Page 2 of 2 PageID #: 107

8-Oct-2022 19:07 From paul paul hansen. Phone #2513020251 Faxzero.com p.3

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I served a copy of the foregoing via - email, fax, and first-class U.S. Mail, postage prepaid, to the following:

Grant A. Premo,

Bradley Arant Boult Cummings LLP,

One Federal Place,

1819 Fifth Avenue North Birmingham,

Alabama 35203

Telephone: (205) 521-8000 |

Facsimile: (205) 521-8800

gpremo@bradley.com.

_____

**Paul John Hansen**