FILED OCT 17 '22 PM 4:22 USDCALS

v22-09-30f

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| Clifford H. Stubbe, a man, | * | |
| Paul John Hansen, a man, | * | |
| Plaintiffs, | * | |
| vs. | * | CIVIL ACTION NO.22-00339-KD-B |
| PHH MORTGAGE CORPORATION, | * | |
| Defendant. | * | |

Regarding: Plaintiff's Motion to 'Stay Foreclosure Action' request for court to set a hearing day, and time.

Comes now, Plaintiff, and request hearing date, and time, for opportunity for hearing of 'Stay Foreclosure Action', presently filed. Plaintiff is available for call in participation if needed. NOTICE - Foreclosure sale is presently set for Oct 12, 2022.

*Clifford H Stubbe* (signature)

**Clifford H Stubbe**

*Paul John Hansen* (signature)

**Paul John Hansen**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I served a copy of the foregoing via - email, fax, and first-class U.S. Mail, postage prepaid, to the following:

Grant A. Premo,

Bradley Arant Boult Cummings LLP,

One Federal Place,

1819 Fifth Avenue North Birmingham,

Alabama 35203

Telephone: (205) 521-8000 |

Facsimile: (205) 521-8800

gpremo@bradley.com.

*/s/ Paul John Hansen*

---

**Paul John Hansen**

From: PAUL HANSEN
9565 HWY 84,
EVERGREEN,
AL 36401





Document Mailer

To: U.S. DIST. COURT
SOUTHERN DIST, AL
155 #3 SAINT-JOSEPH ST.
MOBILE, AL
36602

INT