# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CLIFFORD H. STUBBE,** *et al.,* ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION 1:22-00339-KD-B |
| ) | |
| **PHH MORTGAGE CORPORATION,** ) | |
|     **Defendant.** ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendations to which objection is made (Doc. 14), the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 11, 2022 (Docs. 11, 12), are **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiffs' motion to stay foreclosure (Doc. 9) and motion for emergency hearing (Doc. 10) are **DENIED**; and the Defendant's motion to dismiss (Doc. 3) is **GRANTED** such that this action is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **15th** day of **November 2022.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**