# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CLIFFORD H. STUBBE,** *et al.*, <br> Plaintiffs, | ) <br> ) <br> ) |
| v. | )    **CIVIL ACTION 1:22-00339-KD-B** <br> ) |
| **PHH MORTGAGE CORPORATION,** <br> Defendant. | ) <br> ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **15th** day of **November 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**