FILED DEC 8 '22 PM 1:31 USDCALS

Court Clerk: File for Record, File upon Demand.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

Clifford H. Stubbe, a man*,

Paul John Hansen, a man*,

Plaintiffs,

vs.                                                          CIVIL ACTION NO. 22-00339-KD-B

PHH MORTGAGE CORPORATION,

Defendants.

Regarding: **Motion to Reconsider**, due to delivery, and receiving, error by all parties involved.

1. Regarding: Plaintiff's **COVER LETTER / NOTICE**, associated with response, first mailed 10/25/2022, by Plaintiff, but failed to be recorded in the courts official case record. Though the six (6) Exhibits were recorded in the record.

2. On 11/11/2022 Defendant gave a response to the 12 page, and 6 Exhibits, documents they received, as is the same that are now being re-sent for filing by the Plaintiff. This is proof that they were created, and sent out by Plaintiffs as stated.

3. For some non-understandable reason the court clerk got the six Plaintiffs Exhibits to file for record but not the 12 page argument, and Memorandum, created by the Plaintiff.

4. Plaintiff could not get his pacer account working to watch the progression, and only today noticed that the said 12 pages were lacking in the official record.

5. Plaintiff's are not attorneys and do apologize to the court for the unintended delay.

6. Plaintiffs have no reason to delay, and every reason to expediate the 'Quiet Title' action.

7. It has became known to Plaintiffs that if 'Quiet Title' is not granted in this court to stop Defendant foreclose without fact evidence, a 'Peoples common law' court action can be conviened to force remideee, of the land jurisdiction of the location of the subject land, and all property rights therein.

8. It appears that the 6 EXHIBITS faxed to captioned court - (251) 694-4297, where filed in the official record, by the court Clerk, but the other 12 pages were not. Plaintiff's does now understand that faxing into the court is not permitted. Plaintiff was noticed that the 6 EXHIBITs arrived and assumed, in error, that the other 12 page document did also.

# VERIFICATION

STATE OF ALABAMA,

COUNTY OF CONECUH

**Clifford H Stubbe, and Paul John Hansen** have read the foregoing **VERIFIED RESPONSE** and know its contents.

The matters stated in the foregoing document are true of our own knowledge except as to those matters which are stated on information and belief and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of Alabama that the foregoing is true and correct.  (6 pages total)

Executed on November 28, 2022 at Evergreen, Alabama.

_____

**Clifford H Stubbe**


_____

**Paul John Hansen**


(No attorney associated.)

**TERMS DEFINED:**

Plaintiff*, Clifford H Stubbe, a man, afforded all 'Bill of Rights'.

Plaintiff*, Paul John Hansen, a man, afforded all 'Bill of Rights'.

*'The United States of America' (USA)- As to identify scope of limited "legislative authority", (proprietary land jurisdiction), Art. 1, Sec. 8, Cl 17 - "To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;–And"

*conecuh county of Alabama - as to the definition of 'The United States of America', as seen above, conecuh county is not evidenced as being a USA/federal zone/land, thus defaulting to a private dwelling independent from the USA land, of 'American common law land jurisdiction, of the People'.

*legally - as a common law land jurisdiction described location, without the United States.

Attached Exhibits:

EX L, 21-06-20 deal Mortgage Bankers 1 Mortgage Way

EX M, 21-08-25, 3rd FDCPA Request

EX N, 21-09-21 Letter to Ideal Mortgage Bankers

EX O, 21-09-21 Letter to Bank of New York Mellon Trust Company

EX P, 21-09-21 Tiffany & Bosco

EX Q 21-09-21 Letter to Bank of America, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, I served a copy of the foregoing via - email, fax, and first-class U.S. Mail, postage prepaid, to the following:

Grant A. Premo,

Bradley Arant Boult Cummings LLP,

One Federal Place,

1819 Fifth Avenue North Birmingham,

Alabama 35203

Telephone: (205) 521-8000 |

Faxsimile: (205) 521-8800

gpremo@bradley.com.

What was sent:

1. 13 total pages as -EXHIBIT: L,M,N,O,P,and Q,
2. **6 pages of** - Regarding: Plaintiff's response to Courts R&R filed 10/13/2022.
3. 4 pages of - BRIEF, MEMORANDUM OF LAW

Sent by faxzero.com, 3:35 pm 10-25-2022, total of 23 pages, not counting cover page.

-and-

Also faxed to captioned court - (251) 694-4297

7020 1290 0001 3229 3524

*/s/ Paul John Hansen*    */s/ Paul Hansen*

_____

**Paul John Hansen**

From: P.J. HANSEN
3402 AVE S.
GALVESTON,
TEXAS 77550

CERTIFIED MAIL
7020 1290 0001 3229 3524
RDC 99



36602

U.S. POSTAGE
FCM LETTER
GALVESTON, TX
77550
NOV 28, 22
AMOUNT
$5.08
R2305K139674-

To: U.S. DIST. COURT,
SOUTH DIST. OF AL.
155 ST. JOSEPH
STREET, MOBILE,
AL 36602

ReadyPost
Document Mailer